# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**RAFAEL GILBERTO GIRALDO**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __**August 31, 2007**__ in __**WASHINGTON**__ county, in the _____ District of __**COLUMBIA**__ defendant(s) did, (Track Statutory Language of Offense)

**unlawfully and knowingly transport in interstate commerce, to the District of Columbia by any means including computer, visual depictions, the production of which visual depictions involved the use of minors under 18 years of age engaging in sexually explicit conduct and the visual depictions are of such conduct.**

in violation of Title __**18**__ United States Code, Section(s) __**2252(a)(1)**__.

I further state that I am __**DETECTIVE JONATHAN ANDREWS**__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**     ☒ Yes    ☐ No

_____
**Signature of Complainant**
**DETECTIVE JONATHAN ANDREWS**
**METROPOLITAN POLICE DEPARTMENT**

Sworn to before me and subscribed in my presence,

_____  at  ___**Washington, D.C.**_____
**Date**                                                                 **City and State**

_____     _____
**Name & Title of Judicial Officer**                       **Signature of Judicial Officer**

# **AFFIDAVIT**

I, Jonathan K. Andrews Sr., being duly sworn, depose and state the following:

1. I am a Detective with the Metropolitan Police Departments in Washington, DC (MPD) assigned to the Internet Crimes Against Children Unit (ICAC), and the Human Trafficking Task Force. I have been employed by the MPD for seventeen years. I have been Deputized thought the United States Department of Justice's Marshal Service as a Special Deputy, and I'm currently assigned to investigations relating to, among other things, crimes against children, including the sex trafficking of children, and child exploitation on the internet. I have also received training in prostitution investigations and the sex trafficking of children.

2. I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. The statements in this Affidavit are based in part on: (1) information provided by Metropolitan Police Department Detective Timothy R. Palchak, of the FBI's Innocent Images Task Force; and FBI Agent Scott Schelble, (2) my investigation of this matter; and (3) my discussions with other law enforcement agents engaged in investigating federal child exploitation crimes. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Rafael Gilberto Giraldo violated Title 18, United States Code, Section 2252(a)(1), "Transportation of Visual Depictions of Minors Engaging in Sexually Explicit Conduct."

4. Rafael Gilberto Giraldo, is described as a male, date of birth x/xx/xxxx, residing at xxxxx xxxxx xxx, xx, Chino, CA.

5. On Friday, August 31, 2007, Detective Palchak was acting in an undercover capacity in a child porn picture chat room posing as an adult male using the screen name, "daughterlover_maryland". Using a secure computer in the District of Columbia, Detective Palchak posted a message in the public chat room asking if anyone had access to a child. An individual using the screen name "pued" responded back stating, "not in the US". Detective Palchak provided this individual an MSN screen name and email address and then began a private online conversation with this individual. During this private online conversation, the individual was using the MSN screen name "hu" and an email address of wngmn2007@hotmail.com.

6. The individual using screen name "hu" and an email address of wngmn2007@hotmail.com stated that he was a thirty year-old male residing in California but originally from Columbia, South America. This individual informed Detective Palchak that he has connections with a madam in Columbia who can provide children under the age of ten for sex in exchange for money. This individual further stated that he could facilitate a trip involving sex with children for Detective Palchak in exchange for money and a free trip the individual.

7. During the course of the conversation " hu" sent, via email, six images of children under the age of ten engaging in various sex acts with adult men and woman, and one movie clip of two children under the age of ten masturbating with a penis shaped vibrator. These images and movie clip were sent to the secure computer Detective Palchak was using in the District of Columbia.

8. The images received from "hu" on August 31, 2007, were taken to the National Center for Missing and Exploited Children (NCMEC) for analysis. The images were compared with NCMEC's Child Recognition & Identification System (CRIS). The analysis resulted in one of the images being identified as a known juvenile, (i.e. under age 18), in the database.

9. This individual provided Detective Palchak with his telephone number xxx-xxx-xxxx and advised Detective Palchak to ask for "Ron" when calling that number. On Friday August 31, 2007, Detective Palchak conducted a one-party consent call from the District of Columbia to telephone number xxx-xxx-xxxx and had a twenty minute conversation with an individual claiming to be "Ron." During the call "Ron" informed Detective Palchak that he has traveled to Columbia several times for the purpose of having sex with children, the youngest being eight years old. This individual further stated that he could arrange for Detective Palchak to have sex with children in exchange for money.

10. On September 26, 2007, during a second one-party consent call from the District of Columbia to telephone number xxx-xxx-xxxx, Detective Palchak asked for "Ron." An individual answering the phone stated, "You mean Ralph?" and then put an individual whom he referred to as "Ralph" on the telephone. "Ralph" was the same individual whom Detective Palchak spoke to on August 31, 2007, using the name "Ron."

11. FBI Special Agent Jill Blackman sent an administrative subpoena to Verizon and learned that the cellular telephone number xxx-xxx-xxxx is registered to Jair Mejia of xxxxx xxxxx xxxxxx, xxxxx xx, Chino, California, xxxxx.

12. Agent Blackman also sent an administrative subpoena to Microsoft in reference to email address "wgnmn2007@hotmail.com". A return supplied by Microsoft indicated that the email

address was registered to Hu Gon, residing in California. (It should be noted that email address registration data is provided by the user and Microsoft does not make any representations regarding its authenticity.)

13. Microsoft also provided information regarding the IP addresses used by the account holder to login to email address "wgnmn2007@hotmail.com" and noted that the account user logged into this email account using the IP address 71.104.139.167 on August 31, 2007. A check of the public databases showed that this IP address is owned by the Internet Service Provider Verizon Wireless.

14. An administrative subpoena sent to Verison Wireless for the IP address 71.104.139.167 on August 31, 2007, came back to Jair Mejia of xxxxx xxxxx xxxxxx, xxxxxxx xx, Chino, California, xxxxx.

15. Using the public database LexisNexis, a check on the address xxxxx xxxxx xxxxxx, xxxxxxx xx, Chino, California, indicated that an individual by the name of Rafael Gilberto Giraldo as residing at this address. The public database further identified Rafael Gilberto Giraldo as having a date of birth of xx/xx/xxxx.

16. On December 14, 2007, Detective Palchak and Agent Schelbe executed a search warrant at xxxxx xxxxx xxxxxx, xxxxxxx xx, Chino, California. Xxxxx xxxxx xxxxxx, xxxxxxx xx, Chino, California is described as a one bedroom trailer with three mattresses. One mattress was located in the living room section, two mattresses were located in the bedroom. One mattress in the bedroom is located on the south wall of the trailer. Two passports in the name of Rafael Gilberto Giraldo were found on the south side of the bedroom, near the mattress. Also located on the south side of the bedroom was a Dell Optiplex Model GX110 desktop computer ("the computer"). The

computer was found facing the mattress on the south side of the bedroom. The back of the computer faced north, so only the person using the mattress on the south side of the bedroom would be able to see the computer screen. During a search of the computer, members of the FBI CART (Computer Analysis Response Team) located numerous images of minors engaging in sexually explicit conduct, to include images of children who looked to be as young as five years old. The default user profile did not appear to contain any information beyond what a standard windows installation would provide. Aside from the default user profile, there was only one additional user profile on the computer containing documents. One of the folders located in that user profile was titled "AIS." During the investigation of the premises, investigators located business cards and pay stubs indicating that Rafael Gilberto Giraldo is employed by a company named Access Investigations Services, Incorporated. In the "AIS" folder on the computer, investigators located a document which appeared to be notes regarding a work assignment that Giraldo completed for Access Investigations Services, Incorporated. The document provided an email address of "rafa22giraldo@hotmail.com." That email address was also found on several occasions on the computer's internet history. Investigators also located evidence that the computer user was sharing files using Google Hello, which is a client to client file sharing program. The user account for Google Hello was wgnmn2007. (This is the same username used on August 31, 2007, when email address "wgnmn2007@hotmail.com" was used to send images of child pornography into the District of Columbia.)

    17.    Based on the aforementioned facts, your affiant respectfully submits that there is probable cause to believe that Rafael Gilberto Giraldo has violated Title 18, United States Code, Section 2252(a)(1), "Transportation of Visual Depictions of Minors Engaging in Sexually Explicit

Conduct." In consideration of the foregoing, your affiant respectfully requests that the United States District Court issue an arrest warrant for Rafael Gilberto Giraldo.

_____
Jonathan Andrews
Metropolitan Police Department

Sworn and subscribed before me
this \_\_\_\_\_ day of December 2007.

_____
United States Magistrate Judge