

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

January 10, 2008

1130 E. Barrett Prettyman
 United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC

# FILED

**JAN 16 2008**

Clerk, U.S. District and
Bankruptcy Courts

Re:     Transfer to U.S. Magistrate Judge

Case No.  ED 07-MJ-374       $04 - MJ - 1046$ (JMF)

Case Title:  USA v. Rafael G. Giraldo

Dear Sir/Madam:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:
- ☒ Certified copy of entire case file.
- ☒ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☐ Original bond enclosed
  - ☐ Original bond to be forwarded by the Fiscal Section
  - ☒ Certified copy of final commitment
  - ☐ Original Passport
  - ☐ Original Declaration re: Passport
- ☒ Other  Not For Public View (NFPV) document enclosed-financial affidavit

Please acknowledge receipt on the copy of this letter and return to this office.

Sincerely,

Clerk, U.S. District Court

*M. Mead*

By  M. Mead
       Deputy Clerk 951-328-4462

*cc:  U.S. Attorney (Central District of California)*
*      U.S. Attorney (Receiving district)*

Receipt of the above-described documents is acknowledged herewith and assigned  case number:

_____.

Clerk, U.S. District Court

By _____

_____
Date                                          Deputy Clerk

CLOSED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Eastern Division - Riverside)
## CRIMINAL DOCKET FOR CASE #: 5:07-mj-00374-DUTY All Defendants
### Internal Use Only

Case title: USA v. Giraldo

Date Filed: 12/17/2007
Date Terminated: 12/20/2007

Assigned to: Duty Magistrate Judge

**Defendant**

**Rafael G Giraldo** (1)
*TERMINATED: 12/20/2007*

represented by **Joan Politeo**
Federal Public Defenders Office
3801 University Avenue, Suite 150
Riverside, CA 92501
951-246-6346
Email:
zzCAC_FPD_Document_Receiving@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**
None

**Disposition**

**Highest Offense Level (Terminated)**
None

**Complaints**
Defendant in violation of 18:2252

**Disposition**
Defendant ordered held to answer to the USDC, District of Columbia at Washington D.C.

**Plaintiff**

**USA**

represented by **US Attorney's Office**
AUSA - Office of US Attorney
312 N Spring St, 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/15/2007 | | (Court only) ***Defendant Rafael G Giraldo ARRESTED (Rule 5(c)(3)) (mrgo) (Entered: 01/10/2008) |
| 12/17/2007 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Rafael G Giraldo, originating in the District of Columbia. Defendant charged in violation of: defendant. Signed by agent Chad E. Hoffman, Special Agent. USA. (am) (Entered: 12/26/2007) |
| 12/17/2007 | 2 | Defendant Rafael G Giraldo arrested on warrant issued by the USDC District of Columbia at Washington. (am) (Entered: 12/26/2007) |
| 12/17/2007 | 3 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Rafael G Giraldo; defendants Year of Birth: 1972; date of arrest: 12/15/2007. (mrgo) (Entered: 01/10/2008) |
| 12/17/2007 | 4 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Rafael G Giraldo. (mrgo) (Entered: 01/10/2008) |
| 12/17/2007 | 5 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Oswald Parada as to Defendant Rafael G Giraldo Defendant arraigned and states true name is as charged. Attorney: Joan Politeo for Rafael G Giraldo, DFPD, present. Court orders defendant termporarily detained. Defendant remanded to the custody or currently in the custody of the US Marshal. Detention Hearing set for 12/18/2007 at 03:00 PM before Magistrate Judge Oswald Parada. Court Smart: 12/17/07. (mrgo) (Entered: 01/10/2008) |
| 12/17/2007 | 10 | FINANCIAL AFFIDAVIT filed as to Defendant Rafael G Giraldo. (mrgo) (Entered: 01/10/2008) |
| 12/18/2007 | 6 | MINUTES OF Detention Hearing held before Magistrate Judge Oswald Parada as to Defendant Rafael G Giraldo, The Court Orders the defendant temporarily detained. Detention Hearing continued to 12/20/2007 at 03:00 PM before Magistrate Judge Oswald Parada. Court Smart: RS-3. (mrgo) (Entered: 01/10/2008) |
| 12/20/2007 | 7 | MINUTES OF Detention Hearing held before Magistrate Judge Oswald Parada as to Defendant Rafael G Giraldo. The Court Orders the defendant permanently detained. Court orders defendant held to answer to District of Columbia. Warrant of Removal and final commitment to issue. Court Smart: RS-3. (mrgo) (Entered: 01/10/2008) |
| 12/20/2007 | 8 | WAIVER OF RIGHTS approved by Magistrate Judge Oswald Parada as to Defendant Rafael G Giraldo. (mrgo) (Entered: 01/10/2008) |
| 12/20/2007 | 9 | ORDER OF DETENTION by Magistrate Judge Oswald Parada as to Defendant Rafael G Giraldo. (mrgo) (Entered: 01/10/2008) |
| 12/20/2007 | 11 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Oswald Parada that Defendant Rafael G Giraldo be removed to the District of Columbia. (mrgo) Additional attachment(s) added on 1/10/2008 (mrgo, ). (Entered: 01/10/2008) |
| 12/20/2007 | | (Court only) ***Magistrate Case Terminated (mrgo) (Entered: 01/10/2008) |

I hereby attest and certify on _____
t... the foregoing document is a full, true
a... correct copy of the original on file in
m, office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

By _____
DEPUTY CLERK                    0148

DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case Number: <u>5:07-MJ-00374</u> |
|---|---|
| Plaintiff(s), | |
| vs. | |
| <u>Rafael G. Giraldo</u> | **FINAL COMMITMENT AND WARRANT OF REMOVAL** |
| Defendant(s). | District of <u>COLUMBIA</u> |
| | at <u>WASHINGTON D.C.</u> |
| | *(City)* |

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after:

☑ filing of a complaint before a U.S. Magistrate Judge

☑ a bench warrant issued by a U.S. District Judge/Magistrate Judge/Clerk from the District of Origin charging that on or about <u>8/31/07</u>, in the District of Origin, the defendant did:
unlawfully and kowningly transport in interstate commerce, to the District of Columbia by any means including computer, visual depictions, the production of which visual depictions involved the use of minors under 18 years of age engaging in sexually explicit conduct and the visual depictions are of such conduct in violation of 18 U.S.C., Section(s) 2252(a)(1)

The defendant has now:

☑ duly waived identity hearing before me on <u>12/20/07</u>.

☑ No bail has been set.

☑ Permanent detention has been ordered.

12/20/07
------------------
Date

Oswald Parada
------------------------------------
United States Magistrate Judge

===============================================================================
**RETURN**
Received this commitment and designated prisoner on _____, and on _____,
committed him to _____ and left with the custodian at the same time a certified copy of
the within temporary commitment.

United States Marshal, Central District of California

http //156 131 20 221/cacd/CrimIntakeCal NSF/0f1cd0ee01e6a6b18825726c006da6ec/aa46588956f8e07c882573b80001f06a?OpenDocument

Date                                              Deputy

M-15 (08/99)                    FINAL COMMITMENT AND WARRANT OF REMOVAL                    Page 1 of 1

1

2    I hereby attest and certify on *1-10-08*
     that the foregoing document is a full, true
     and correct copy of the original on file in
3    my office, and in my legal custody.

4    CLERK, U.S. DISTRICT COURT
     CENTRAL DISTRICT OF CALIFORNIA
5

6    DEPUTY    CLERK                    0148

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,    )    Case No.: *ED07- 374-M*

                    Plaintiff,    )
12                                )
13        v.                      )    ORDER OF DETENTION
                                  )
14   *Rafael Giraldo,*            )
                                  )
                    Defendant.    )
15   _____)

16

17        On motion by the government for pre-trial detention, the Court finds that no

18   condition or combination of conditions will reasonably assure the appearance of

19   defendant as required (or the safety of any person or the community).

20        The Court has considered the nature and circumstances of the offense(s); the

21   weight of evidence against the defendant; the history and characteristics of the

22   defendant; and the nature and seriousness of the danger to any person or the

23   community.

24        The Court bases the foregoing findings on the defendant's non-objection to pre-

25   trial detention and the Pretrial Services Report/Recommendation. ~~(The defendant also~~
     ~~has not rebutted the presumption provided by statute).~~

26

27        IT IS THEREFORE ORDERED that defendant be detained without prejudice prior

28   to trial/~~revocation hearing.~~

_____

                    ORDER OF DETENTION

1    IT IS FURTHER ORDERED that defendant be committed to the custody of the

2  Attorney General for confinement in a corrections facility separate, to the extent

3  practicable, from persons awaiting or serving sentences or being held in custody

4  pending appeal; that defendant be afforded reasonable opportunity for private

5  consultation with counsel; and that, on order of a Court of the United States or on

6  request of any attorney for the government, the person in charge of the corrections

7  facility in which defendant is confined deliver defendant to a United States Marshal

8  for the purpose of any appearance in connection with a Court proceeding. This order

9  is made without prejudice to reconsideration.

10

11  Dated: _12/20/07_

                    HONORABLE OSWALD PARADA

12                      United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FILED
CLERK, U.S. DISTRICT COURT

DEC 20 2007

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>RAfael G. Giraldo<br><br><br>DEFENDANT. | CASE NUMBER:<br><br>07-374<br><br>**WAIVER OF RIGHTS**<br>**(OUT OF DISTRICT CASES)** |

I understand that charges are pending in the _____ District of _Columbia_
alleging violation of _18 U.S.C. 2252(4)(1)_ and that I have been arrested in this district and
_(Title and Section / Probation / Supervised Release)_
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

    (1)    have an identity hearing to determine whether I am the person named in the charges;
    (2)    receive a copy of the charge(s) against me;

**-Check one only-**

☒    **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
    (3)    have a preliminary examination (unless an indictment has been returned or an information filed)
        to determine whether there is probable cause to believe an offense has been committed by me,
        the hearing to be held in this district or the district of prosecution; and
    (4)    request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead
        guilty.

☐    **PROBATION OR SUPERVISED RELEASE CASES:**
    (3)    have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am
        held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether
        there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

    ☐    have an identity hearing
    ☒    receive a copy of the charges(s) against me
    ☐    have a preliminary examination
    ☐    have an identity hearing, and I have been informed that I have no right to a preliminary
        examination
    ☒    have an identity hearing, but I request that a preliminary examination be held in the prosecuting
        district

I hereby attest and certify 1-10-08
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

_Defendant_

_Defense Counsel_

Date: _____

0148

_____
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### RECORD OF PROCEEDINGS

Case No. ED07MJ374 _____    Tape No. RS-3 _____    Date: DECEMBER 20, 2007

Present: The Honorable OSWALD PARADA _____, U.S. Magistrate Judge

| M. GALVEZ | ANTOINE RAPHAEL | N/A |
|---|---|---|
| Deputy Clerk | Assistant U.S. Attorney | Interpreter |

| USA v.  RAFAEL GIRALDO | Attorney Present for Defendant: |
|---|---|
| | JOAN POLITEO |
| ☒ Present  ☒ Custody  ☐ Bond  ☐ Not present | ☒ Present  ☐ CJA  ☐ Retd  ☒ DFPD  ☐ Not present |

### PROCEEDINGS: TEMPORARY / PERMANENT DETENTION HEARING

☒ Matter called for ☐ temporary / ☒ permanent detention hearing.

☐ Court finds probable cause to believe that the offense so charged has been committed and that the defendant has committed it.

☐ Witnesses CST (see separate list).

☐ Exhibits Marked/Admitted (see separate list).

☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted and ORDERS DEFENDANT PERMANENTLY DETAINED. See separate detention order.

☐ Court finds presumption under 18 USC 3142e _____ has been rebutted and therefore, sets bail.  See below for bail information.

☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.

☐ Court further orders U.S. Attorney to notify _____
*(Name of appropriate officials)*

☐ Court orders further bail hearing to be set on _____ at _____ ☐a.m. / ☐p.m. in
Courtroom _____ if _____ fails or declines
to take custody of defendant.    *(Name of appropriate officials)*

☐ Court does not find sufficient cause to temporarily detain defendant and sets bails.  See below for bail information.

☐ Court orders case continued to _____ at _____ ☐a.m. / ☐p.m. for _____

☒ Other:  Defendant submits to detention without prejudice. See separate detention order.

## Defendant is ordered held to answer to District of Columbia.  Warrant of Removal to issue.

### BAIL INFORMATION

| TYPE OF BOND | CONDITIONS OF RELEASE |
|---|---|
| ☐ Personal Recognizance *(Signature only - no dollar amount)* | ☐ PSA Supervision   ☐ Intensive |
| ☐ Unsecured Appearance Bond in amount of $_____ | ☐ Surrender passport |
| ☐ Appearance Bond in amount of $_____ | ☐ Bail subject to Nebbia Hearing |
| ☐ with cash deposit (amount or %) _____ | ☐ Travel restricted to: _____ |
| ☐ with affidavit of surety (no justification) (Form CR-4) | ☐ Avoid places of egress |
| ☐ with justification affidavit of surety  (Form CR-3) | ☐ Alcohol/Drug testing: _____ |
| ☐ with deeding of property | ☐ Not illegally use or possess drugs or be in the presence of |
| ☐ Collateral Bond in amount of $_____ | anyone illegally using or possessing drugs. |
| *(cash or negotiable securities)* | ☐ Release only to PSA |
| ☐ Corporate Surety Bond in amount of $_____ | ☐ Residence approved by PSA |
| *(Corporate Surety Bond requires separate form)* | ☐ Not possess firearms or be in the presence of anyone using |
| ☐ Release NOW and justify by _____ | or possessing firearms |
| OR appear before Magistrate Judge _____ | ☐ Other: _____ |
| at _____ ☐ AM / ☐ PM on _____ | |

I hereby attest and certify on 1-10-08
that the foregoing document is a full, true
... copy of the original on file in
my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

☐ Bond Posted
☐ Release Ordered Forthwith; Issued Release No.

by _____
DEPUTY CLERK

0148

:05

mg

Distribution:    Blue - AUSA    Yellow - Defendant    Pink - PSA

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

**SEND**

Case No.   ED07MJ00374                                                          Date   December 18, 2007

Present: The Honorable   OSWALD PARADA, UNITED STATES MAGISTRATE JUDGE

Interpreter   N/A

| MAYNOR GALVEZ | RS-3 | CHARLES KOVATS |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| RAFAEL G. GIRALDO | X | X | | JOAN POLITEO, DFPD | X | X | |

**Proceedings:**          DETENTION HEARING

Counsel for defendant requested a continuance to allow time to find sureties.   Detention hearing is continued to
December 20, 2007 at 3:00 P.M.

*1-10-08*

...... ....... .. .... ... nt .... a full true
.. ... ... . v of ... or ... nal on file in
... ... office, and in my legal custody.

CLERK, U S DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY   CLERK                    0148

cc:     PSA

:     15

Initials of Deputy Clerk          MG

Case 1:08-cr-00014-RMU    Document 2    Filed 01/16/2008    Page 11 of 26
Page 1 of 1
Case 5:07-mj-00374-DUTY    Document 5    Filed 12/17/2007    Page 1 of 1

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
                                        Plaintiff,

                    vs.

Rafael G. Giraldo
                                        Defendant.

Eastern Division

Case #: 5:07-MJ-00374    Out of District Affidavit
Initial App. Date: 12/17/2007  Time: 3:00 PM

Date Filed: 12/17/2007
Violation: 18 USC Section 2252 (a)(1)
CourtSmart: 12/17/07

**PROCEEDINGS HELD BEFORE UNITED STATES**          **CALENDAR/PROCEEDINGS SHEET**
**MAGISTRATE JUDGE: Oswald Parada**                **LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:**      Cindy Sasse          Charles Kovats          / None
            -------------------   -------------------   -------------------------------------
               *Deputy Clerk*      *Assistant U.S. Attorney*   *Interpreter/Language*

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review

☑ Attorney: Joan Politeo  ☑ DFPD,  ☑ Appointed

☑ Government's request for detention is: CONTINUED.

☑ Defendant is ordered: Temporarily Detained (see separate order).

☑ Type of Hearing: Detention Before Judge Parada / Duty Magistrate Judge

☑ Proceedings will be held in the Judge's Courtroom 3

☑ Defendant committed to the custody of the U.S. Marshal

☑ Abstract of Order to Return Defendant to Court on Next Court Day--M-20 issued. Original forwarded to USM.

☑ Other: Identity hearing to be set at a later date if needed.

☑ PSA,  ☑ FINANCIAL,  ☑ READY

cc: ☑ USPO

Deputy Clerk Initials: cls
00 : 09

M-5 (03/07)          CALENDAR/PROCEEDING SHEET - LOCAL/OUT-OF-DISTRICT CASE          Page 1 of 1

ORIGINAL

1  THOMAS P. O'BRIEN
   United States Attorney
2  SHERI PYM
   Assistant United States Attorney
3  Chief, Riverside Branch Office
   CHARLES J. KOVATS JR.
4  Assistant United States Attorney
   California Bar Number 184185
5        3880 Lemon Street, Suite 210
         Riverside, California 92501
6        Telephone: (951) 276-6924
         Facsimile: (951) 276-6237
7        E-mail: charles.kovats@usdoj.gov

8  Attorneys for Plaintiff
   United States of America
9

10                 UNITED STATES DISTRICT COURT

11            FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,      )   Case No. 07MJ374
                                   )
13              Plaintiff,         )   GOVERNMENT'S NOTICE OF REQUEST
                                   )   FOR DETENTION
14                                 )
                                   )   1-10-08
15          v.                     )
                                   )
16  RAFAEL GILBERTO GIRALDO,       )
                                   )
17              Defendant.         )
                                   )
18  _____)

19         Plaintiff, United States of America, by and through its

20  counsel of record, hereby requests detention of defendant and gives

21  notice of the following material factors:

22  _____  1.   Temporary 10-day Detention Requested (§ 3142(d))

23              on the following grounds:

24         _____  a.  offense committed while defendant was on release

25                    pending (felony trial), (sentencing) (appeal) or

26                    on (probation) (parole);

27         _____  b.  alien not lawfully admitted for permanent

28                    residence;

1    ____  c.  flight risk;

2    ____     d.  danger to community.

3    _X_  2.  <u>Pretrial Detention Requested (§ 3142(e)) because no</u>

4             <u>condition or combination of conditions will</u>

5             <u>reasonably assure against</u>:

6        _X_  a.  danger to any other person or the community;

7        _X_  b.  flight.

8    ____  3.  <u>Detention Requested Pending Supervised</u>

9             <u>Release/Probation Revocation Hearing (Rules</u>

10            <u>32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a))</u>:

11       ___  a.  Defendant cannot establish by clear and

12            convincing evidence that he/she will not pose a

13            danger to any other person or to the community;

14       ___  b.  Defendant cannot establish by clear and

15            convincing evidence that he/she will not flee.

16   ____  4.  <u>Presumptions Applicable to Pretrial Detention (18</u>

17            <u>U.S.C. § 3142(e))</u>:

18       ___  a.  Title 21 or Maritime Drug Law Enforcement Act

19            ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense

20            with 10-year or greater maximum penalty

21            (presumption of danger to community and flight

22            risk);

23       ___  b.  offense under 18 U.S.C. § 924(c) (firearm

24            used/carried/possessed during/in relation to/in

25            furtherance of crime), § 956(a), or § 2332b

26            (presumption of danger to community and flight

27            risk);

28       ___  c.  offense involving a minor victim under 18 U.S.C.

2

1     §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245,

2     2251, 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-

3     2252A(a)(4), 2260, 2421, 2422, 2423 or 2425

4     (presumption of danger to community and flight

5     risk);

6    ____ d. defendant currently charged with (I) crime of

7     violence, (II) offense with maximum sentence of

8     life imprisonment or death, (III) Title 21 or

9     MDLEA offense with 10-year or greater maximum

10     sentence, or (IV) any felony if defendant

11     previously convicted of two or more offenses

12     described in I, II, or III, or two or more state

13     or local offenses that would qualify under I, II,

14     or III if federal jurisdiction were present, or a

15     combination of such offenses, _AND_ defendant was

16     previously convicted of a crime listed in I, II,

17     or III committed while on release pending trial,

18     _AND_ the current offense was committed within five

19     years of conviction or release from prison on the

20     above-described previous conviction (presumption

21     of danger to community).

22   _X_ 5.  Government Is Entitled to Detention Hearing

23     Under § 3142(f) If the Case Involves:

24    ____ a. a crime of violence (as defined in 18 U.S.C.

25     § 3156(a)(4)) or Federal crime of terrorism (as

26     defined in 18 U.S.C. § 2332b(g)(5)(B)) for which

27     maximum sentence is 10 years' imprisonment or

28     more;

3

1    ____  b.  an offense for which maximum sentence is life

2            imprisonment or death;

3    ____  c.  Title 21 or MDLEA offense for which maximum

4            sentence is 10 years' imprisonment or more;

5    ____  d.  instant offense is a felony and defendant has two

6            or more convictions for a crime set forth in a-c

7            above or for an offense under state or local law

8            that would qualify under a, b, or c if federal

9            jurisdiction were present, or a combination or

10           such offenses;

11   ____  e.  any felony not otherwise a crime of violence that

12           involves a minor victim or the possession or use

13           of a firearm or destructive device (as defined in

14           18 U.S.C. § 921), or any other dangerous weapon,

15           or involves a failure to register under 18 U.S.C.

16           § 2250;

17   _X_  f.  serious risk defendant will flee;

18   ____  g.  serious risk defendant will (obstruct or attempt

19           to obstruct justice) or (threaten, injure, or

20           intimidate prospective witness or juror, or

21           attempt to do so).

22   ____  6.  Government requests continuance of _____ days for

23           detention hearing under § 3142(f) and based upon the

24           following reason(s):

25   _____

26   _____

27   _____

28

```
 1  ____      7.    Good cause for continuance in excess of three days

 2                  exists in that:

 3                  _____

 4                  _____

 5                  _____

 6

 7  DATED: December 17 , 2007.         Respectfully submitted,

 8                                     THOMAS P. O'BRIEN
                                       United States Attorney
 9
                                       SHERI PYM
10                                     Assistant United States Attorney
                                       Chief, Riverside Branch Office
11

12                                     _____
                                       CHARLES J. KOVATS JR.
13                                     Assistant United States Attorney

14                                     Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA
15

16

17

18

19

20

21

22

23

24

25

26

27

28
```

I hereby attest and certify on *1-10-08*
that the foregoing docu...
and correct copy of the or...
my office, and in my legal custody.

CLERK, U.S. DIS...
CENTRAL DISTRICT ...

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT

DEC 17 2007

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | ED07 - 374M |
| v. | |
| Rafael Gilberto Giraldo | **REPORT COMMENCING CRIMINAL ACTION** |
| DEFENDANT(S). | |

TO:    CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1.  Date and time of arrest ~~12/17/07~~ 12/15/07  4 ☑AM / ☐ PM

2.  Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
    18 USC 2252(a)(1)

3.  Offense charged is a: ☑ Felony    ☐ Minor Offense    ☐ Petty Offense    ☐ Other Misdemeanor

4.  U.S. Citizen: ☑ Yes    ☐ No    ~~Unknown~~

5.  Year of Birth: 1972

6.  The defendant is:    ☐ Presently in custody on this charge.
    ☐ At liberty on bond posted before a Magistrate Judge.
    ☐ At liberty and warrant is requested.
    ☐ Federal - In custody on another conviction.
    ☐ State - In custody awaiting trial on these charges.

7.  Place of detention (if out-of-district): _____

8.  Date detainer placed on defendant: _____

9.  This is a reprosecution of previously dismissed charges.  (Docket/Case No. _____)

10. Name of Pretrial Services Officer: On Duty

11. Remarks (if any): _____

| 12. Date: 12/17/07 | 13. Signature: /S/ Chad E. Hoffman |
|---|---|
| 14. Name: Chad E. Hoffman | 15. Title: Special Agent |
| | By: cro MS. |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

RAFAEL GILBERTO GIRALDO

**WARRANT FOR ARREST**

ED 07- 0374M

CASE NUMBER: 07 - 374 -M - 01

2007 DEC 17  AM 10: __

CLERK, U.S. DISTRICT COURT
CENTRAL DIST...
RIVER...

FILED

To:    The United States Marshal
       and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest    __RAFAEL GILBERTO GIRALDO__
                                                        Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    X Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

unlawfully and knowingly transport in interstate commerce, to the District of Columbia by any means
including computer, visual depictions, the production of which visual depictions involved the use of minors
under 18 years of age engaging in sexually explicit conduct and the visual depictions are of such conduct.

**JOHN M. FACCIOLA**
**U.S. MAGISTRATE JUDGE**
in violation of Title __18__ United States Code. Section(s) __2252(a)(1)__ .

**JOHN M. FACCIOLA**
**U.S. MAGISTRATE JUDGE**

| | |
|---|---|
| Name of Issuing Officer    _J. M. Faciola_ | Title of Issuing Officer    **District of Columbia**  **DEC 1 4 2007**    1-10-08 |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $_____    by _____
                                        Name of Judicial Officer                                       0148

| | |
|---|---|
| **RETURN** | |
| This warrant was received and executed with the arrest of the above-named defendant at _____ | |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER   ~~INVESTIGATE~~ COPY ONLY ORIGINAL ON FILE WITH US MARSHALL RM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Case 1:08-cr-00014-RMU    Document 2    Filed 01/16/2008    Page 19 of 26
DEC-14-2007  17:48    3559414
Case 5:07-mj-00374-DUTY    Document 2    Filed 12/17/2007    Page 2 of 8
AO 91 (Rev 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

RAFAEL GILBERTO GIRALDO

**CRIMINAL COMPLAINT**

**D 07- 0374M**

CASE NUMBER

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____ **August 31, 2007** _____ in ___ **WASHINGTON** ___ county, in the _____ District of ____

**COLUMBIA** _____ defendant(s) did, (Track Statutory Language of Offense)

unlawfully and knowingly transport in interstate commerce, to the District of Columbia by any means including computer, visual depictions, the production of which visual depictions involved the use of minors under 18 years of age engaging in sexually explicit conduct and the visual depictions are of such conduct

in violation of Title ____ **18** ____ United States Code, Section(s) _____ **2252(a)(1)** _____.

I further state that I am _____ **DETECTIVE JONATHAN ANDREWS** _____, and that this complaint is

based on the following facts:

### SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:     ☒ Yes   ☐ No

_____
Signature of Complainant
DETECTIVE JONATHAN ANDREWS
METROPOLITAN POLICE DEPARTMENT

Sworn to before me and subscribed in my presence.

**DEC 14 2007**

Date _____ at

**JOHN M. FACCIOLA**
**U.S. MAGISTRATE JUDGE**
Name & Title of Judicial Officer

Washington, D.C.
City and State

_____
Signature of Judicial Officer
**JOHN M. FACCIOLA**
**U.S. MAGISTRATE JUDGE**

07-646-M-01

## AFFIDAVIT

I, Jonathan K. Andrews Sr., being duly sworn, depose and state the following:

1.      I am a Detective with the Metropolitan Police Departments in Washington, DC (MPD) assigned to the Internet Crimes Against Children Unit (ICAC), and the Human Trafficking Task Force. I have been employed by the MPD for seventeen years. I have been Deputized thought the United States Department of Justice's Marshal Service as a Special Deputy. and I'm currently assigned to investigations relating to, among other things, crimes against children, including the sex trafficking of children, and child exploitation on the internet. I have also received training in prostitution investigations and the sex trafficking of children.

2.      I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3.      The statements in this Affidavit are based in part on: (1) information provided by Metropolitan Police Department Detective Timothy R. Palchak, of the FBI's Innocent Images Task Force; and FBI Agent Scott Schelble, (2) my investigation of this matter; and (3) my discussions with other law enforcement agents engaged in investigating federal child exploitation crimes. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Rafael Gilberto Giraldo violated Title 18, United States Code. Section 2252(a)(1), "Transportation of Visual Depictions of Minors Engaging in Sexually Explicit Conduct."

1

4.      Rafael Gilberto Giraldo, is described as a male, date of birth

5.      On Friday, August 31, 2007, Detective Palchak was acting in an undercover capacity in a child porn picture chat room posing as an adult male using the screen name, "daughterlover_maryland". Using a secure computer in the District of Columbia, Detective Palchak posted a message in the public chat room asking if anyone had access to a child. An individual using the screen name "pued" responded back stating, "not in the US". Detective Palchak provided this individual an MSN screen name and email address and then began a private online conversation with this individual. During this private online conversation, the individual was using the MSN screen name "hu" and an email address of wngmn2007@hotmail.com.

6.      The individual using screen name "hu" and an email address of wngmn2007@hotmail.com stated that he was a thirty year-old male residing in California but originally from Columbia, South America. This individual informed Detective Palchak that he has connections with a madam in Columbia who can provide children under the age of ten for sex in exchange for money. This individual further stated that he could facilitate a trip involving sex with children for Detective Palchak in exchange for money and a free trip the individual.

7.      During the course of the conversation " hu" sent, via email, six images of children under the age of ten engaging in various sex acts with adult men and woman, and one movie clip of two children under the age of ten masturbating with a penis shaped vibrator. These images and movie clip were sent to the secure computer Detective Palchak was using in the District of Columbia.

2

8. The images received from "hu" on August 31, 2007, were taken to the National Center for Missing and Exploited Children (NCMEC) for analysis. The images were compared with NCMEC's Child Recognition & Identification System (CRIS). The analysis resulted in one of the images being identified as a known juvenile, (i.e. under age 18), in the database.

9. This individual provided Detective Palchak with his telephone number 909-465-6136 and advised Detective Palchak to ask for "Ron" when calling that number. On Friday August 31, 2007, Detective Palchak conducted a one-party consent call from the District of Columbia to telephone number 909-465-6136 and had a twenty minute conversation with an individual claiming to be "Ron." During the call "Ron" informed Detective Palchak that he has traveled to Columbia several times for the purpose of having sex with children, the youngest being eight years old. This individual further stated that he could arrange for Detective Palchak to have sex with children in exchange for money.

10. On September 26, 2007, during a second one-party consent call from the District of Columbia to telephone number 909-465-6136, Detective Palchak asked for "Ron." An individual answering the phone stated, "You mean Ralph?" and then put an individual whom he referred to as "Ralph" on the telephone. "Ralph" was the same individual whom Detective Palchak spoke to on August 31, 2007, using the name "Ron."

11. FBI Special Agent Jill Blackman sent an administrative subpoena to Verizon and learned that the cellular telephone number 909-465-6136 is registered to Jair Mejia

12. Agent Blackman also sent an administrative subpoena to Microsoft in reference to email address "wgnmn2007@hotmail.com". A return supplied by Microsoft indicated that the email

address was registered to Hu Gon, residing in California. (It should be noted that email address registration data is provided by the user and Microsoft does not make any representations regarding its authenticity.)

13.    Microsoft also provided information regarding the IP addresses used by the account holder to login to email address "wgnmn2007@hotmail.com" and noted that the account user logged into this email account using the IP address 71.104.139.167 on August 31, 2007. A check of the public databases showed that this IP address is owned by the Internet Service Provider Verizon Wireless.

14.    An administrative subpoena sent to Verison Wireless for the IP address 71.104.139.167 on August 31, 2007, came back to Jair Mejia of

15.    Using the public database LexisNexis, a check on the address

                    indicated that an individual by the name of Rafael Gilberto Giraldo as residing at this address. The public database further identified Rafael Gilberto Giraldo as having a date of birth of 01/24/1972.

16.    On December 14, 2007, Detective Palchak and Agent Schelbe executed a search warrant at

                    is described as a one bedroom trailer with three mattresses. One mattress was located in the living room section, two mattresses were located in the bedroom. One mattress in the bedroom is located on the south wall of the trailer. Two passports in the name of Rafael Gilberto Giraldo were found on the south side of the bedroom, near the mattress. Also located on the south side of the bedroom was a Dell Optiplex Model GX110 desktop computer ("the computer"). The

computer was found facing the mattress on the south side of the bedroom. The back of the computer faced north, so only the person using the mattress on the south side of the bedroom would be able to see the computer screen. During a search of the computer, members of the FBI CART (Computer Analysis Response Team) located numerous images of minors engaging in sexually explicit conduct, to include images of children who looked to be as young as five years old. The default user profile did not appear to contain any information beyond what a standard windows installation would provide. Aside from the default user profile, there was only one additional user profile on the computer containing documents. One of the folders located in that user profile was titled "AIS." During the investigation of the premises, investigators located business cards and pay stubs indicating that Rafael Gilberto Giraldo is employed by a company named Access Investigations Services, Incorporated. In the "AIS" folder on the computer, investigators located a document which appeared to be notes regarding a work assignment that Giraldo completed for Access Investigations Services, Incorporated. The document provided an email address of "rafa22giraldo@hotmail.com." That email address was also found on several occasions on the computer's internet history Investigators also located evidence that the computer user was sharing files using Google Hello, which is a client to client file sharing program. The user account for Google Hello was wgnmn2007 (This is the same username used on August 31, 2007, when email address "wgnmn2007@hotmail.com" was used to send images of child pornography into the District of Columbia.)

17.    Based on the aforementioned facts, your affiant respectfully submits that there is probable cause to believe that Rafael Gilberto Giraldo has violated Title 18, United States Code, Section 2252(a)(1), "Transportation of Visual Depictions of Minors Engaging in Sexually Explicit

5

Conduct." In consideration of the foregoing, your affiant respectfully requests that the United States

District Court issue an arrest warrant for Rafael Gilberto Giraldo.

Jonathan Andrews
Metropolitan Police Department

**DEC 1 4 2007**

Sworn and subscribed before me
this _____ day of December 2007.

United States Magistrate Judge
**JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE**

I hereby atte~~ ~ certify th~~ 1-10-08
that the foregoing document is a full, true
and correct copy of the original on fi~~ in
~~ t~~ offic~~, and i~~ ~~

CLERK, ~~ ~~ ~~ COURT
CENTRAL ~~ ~~ OF CALIFORNIA

_____
DEPUTY    CLERK            0148

2007 DEC 17    AM 10: 35

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

FILED

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF(S)

v.

RAFAEL G. GIRALDO

DEFENDANT(S).

CASE NUMBER

ED 07-0037 M

**AFFIDAVIT RE
OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: ___DISTRICT OF COLUMBIA U.S. COURT___
in the _____ District of _____ on _____
at _____ ☐ a.m. / ☒ p.m.  The offense was allegedly committed on or about ___AUGUST 31, 2007___
in violation of Title ___18___ U.S.C., Section(s) ___2252(a)(1)___
to wit: _____

A warrant for defendant's arrest was issued by: ___DISTRICT OF COLUMBIA___.

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on ___12/17/07___, by

___J. Murray___, Deputy Clerk.

_____
Signature of Agent

___CHAD E. HOFFMAN___
Print Name of Agent

___FBI___
Agency

___Special Agent___
Title