UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 07-0646M-01 (CR) |
| **RAFAEL GILBERTO GIRALDO** | : | VIOLATIONS: 18 U.S.C. §2252A(a)(1) |
| **Defendant.** | : | and §2256 |
| | : | (Transporting or Shipping Material Involving |
| | : | Child Pornography) |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about August 31, 2007, the defendant, **RAFAEL GILBERTO GIRALDO**, did unlawfully and knowingly transport in interstate commerce, by any means, including by computer, to the District of Columbia, child pornography, as defined in Title 18, United States Code, Section 2256.

(**Transporting or Shipping Material Involving Child Pornography**, in violation of Title 18, United States Code, Sections 2252A(a)(1) and 2256)

A TRUE BILL:


FOREPERSON.

Attorney of the United States in
and for the District of Columbia