UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-14 (RMU) |
| v. | : | |
| RAFAEL GILBERTO GIRALDO | : | FILED |
| | : | FEB 7 - 2008 |
| | : | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

**ORDER**

For good cause shown, it is this 7th day of February, 2008, hereby ORDERED that the United States Marshal Service transport the defendant, Rafael Gilberto Giraldo, on the morning of February 11, 2008, to the United States District Court cellblock in Washington, D.C., and from there release him to the custody of Metropolitan Police Department Detective Jonathan Andrews, who will take the defendant to the central cellblock at 300 Indiana Avenue, N.W., Washington, D.C., for the purpose of booking, fingerprinting, photographing and processing on the charges contained in the indictment returned against him in this case. Upon the completion of the booking process, Giraldo shall be returned no later than 1:30 p.m. to the cellblock at the United States District Court at 333 Constitution Avenue, N.W., Washington, D.C., for further transport back to the D.C. Jail by the United States Marshal Service.

_____
RICARDO M. URBINA
UNITED STATES JUDGE