AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

RAFAEL GILBERTO GIRALDO
DOB:

**FILED**
FEB 0 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CR: 08-014

WARRANT FOR ARREST

CASE NUMBER: 07-646-M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___RAFAEL GILBERTO GIRALDO___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   X Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

unlawfully and knowingly transport in interstate commerce, to the District of Columbia by any means including computer, visual depictions, the production of which visual depictions involved the use of minors under 18 years of age engaging in sexually explicit conduct and the visual depictions are of such conduct.

in violation of Title __18__ United States Code, Section(s) __2252(a)(1)__.

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

DEC 1 4 2007      District of Columbia
Date and Location

Bail fixed at $_____  by _____
                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED 02/6/08 | NAME AND TITLE OF ARRESTING OFFICER T.P. Daly AUSM | SIGNATURE OF ARRESTING OFFICER _[signature]_ |
|---|---|---|
| DATE OF ARREST 02/6/08 | | |