## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :

    v.     :    Criminal Action No.: O8 cr 0014   (RMU)

Rafael G. Giraldo    ,     :

     Defendant.     :

**FILED**

**FEB 1 1 2008**

Clerk U.S. District and
Bankruptcy Courts

## O R D E R

It is this \_11\_ day of February 2008, hereby

ORDERED a \_status\_ hearing in the above-captioned case shall take place on

\_Thursday, February 28, 2008\_ at \_9:45 am\_.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge