UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Action No.: 08-0014 (RMU) |
| RAFAEL G. GIRALDO, | : | **FILED** |
| Defendant. | : | FEB 28 2008 |
| | | Clerk, U.S. District and Bankruptcy Courts |

**ORDER**

It is this 28 day of February 2008, hereby

ORDERED a Status hearing in the above-captioned case shall take place on April 1, 2008 at 12:40.

SO ORDERED.

Ricardo M. Urbina
United States District Judge