UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
            v.                    :     Criminal Action No.:  08-0014 (RMU)
                                  :
RAFAEL G. GIRALDO,                :
                                  :     **FILED**
            Defendant.            :
                                        APR 1 - 2008
                **ORDER**
                                        Clerk, U.S. District and
It is this 1st day of April 2008, hereby      Bankruptcy Courts

**ORDERED** a ___Status___ hearing in the above-captioned case shall take place on

___May 13, 2008___ at ___3 p.m.___.

**SO ORDERED**.

                                            _____
                                                    Ricardo M. Urbina
                                                United States District Judge