**FILED**

MAY 1 3 2008

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : |
| --- | --- |
| v. | : Criminal Action No.:  08-0014 (RMU) |
| RAFAEL G. GIRALDO, | : |
| Defendant. | : |

## CRIMINAL SCHEDULING ORDER

In order to manage this case in a manner consistent with the highest quality of justice, it is this _13_ day of _May_ 2008,

**ORDERED** that the parties file all:

Pretrial Motions\Notices    on or before _May 23, 2008_ ;

Oppositions                 on or before _May 30, 2008_ ; and

Replies                     on or before _June 6, 2008_ ; and it is

**FURTHER ORDERED** that this case be set for:

An interim status conference on _May 27, 2008_, at _11 am_ ; and

A motions hearing            on _June 30, 2008_, at _2pm_ ;

and it is

**ORDERED** that counsel comply with all directives set forth in this court's Standing Order issued for this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge