IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal: 08-CR014(RMU) |
| RAFAEL GIRALDO | ) |
| Defendant | ) |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE MOTIONS**

The defendant RAFAEL GIRALDO through counsel Ron Earnest, respectfully requests an enlargement of time in which to file motions. The parties' plea negotiations contemplate inclusion of California charges arising from the same alleged conduct and government counsel is awaiting approval of a plea offer from her colleagues in California.

In addition, some discovery in this case can only be reviewed *in situ* at the U.S. Attorney's Office and defense counsel has not yet reviewed this evidence. Hence; the defendant respectfully requests additional time in which to file motions should they be necessary.

WHEREFORE, the defendant requests until June 6th, 2008, to file motions, if appropriate.

Respectfully submitted,

_____/s/_____
RON EARNEST (#477305)
Attorney for the Defendant
8121 Georgia Ave., Ste. 406
Silver Spring, MD 20910
Phone: (240) 401-5277

**CERTIFICATE OF SERVICE**

I certify that this UNOPPOSED MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE MOTIONS was filed via Electronic Case filing on 22 May, 2008, with copies to all interested parties.