UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Action No.: 08-0014 (RMU) |
| RAFAEL G. GIRALDO, | : | |
| Defendant. | : | |

**ORDER**

FILED
MAY 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The defense counsel's inexperience with this court may have led him to transgress this court's Standing Order. To wit, paragraph 4 of this court's Standing Order states that the court will consider motions for extension of time that "are filed at least 4 business days prior to the deadline the motion is seeking to extend." The defendant filed his motion the day before the deadline it is seeking to extend. Therefore, the motion is untimely.

The court's calendar and the schedules of each case are carefully crafted to bring individuals to trial as soon as possible. A last minute request of this type puts the timely review of other criminal matters at risk, especially since this judge will not be sitting in July.

The status hearing will remain as scheduled on May 27, 2008 so that the defendant may decide if he wants to waive his speedy trial rights until such time as a motion is filed.

It is this 22nd day of May 2008, hereby

**ORDERED** that the defendant's unopposed motion for an extension of time is **GRANTED**; and it is

**ORDERED** that the previous motions schedule is **VACATED** and the parties file all:

Pretrial Motions\Notices    on or before June 6, 2008;

Oppositions    on or before June 13, 2008; and

Replies on or before June 20, 2008; and it is

**FURTHER ORDERED** that this case be set for:

An interim status conference on June 16, 2008, at 9:45 am; and

The motions hearing scheduled for June 30, 2008 is hereby **VACATED** and **RESCHEDULED** on August 5, 2008, at 2:00 pm;

and it is

**ORDERED** that counsel comply with all directives set forth in this court's Standing Order issued for this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge