UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 08-0014 (RMU) |
| | : | |
| RAFAEL G. GIRALDO, | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

FILED
MAY 27 2008
Clerk, U.S. District and
Bankruptcy Courts

It is this 21 day of May 2008, hereby

**ORDERED** a Status hearing in the above-captioned case shall take place on June 16, 2008 at 9:45.

**SO ORDERED**.

Ricardo M. Urbina
United States District Judge