IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal: 08-014 (RMU) |
| RAFAEL GIRALDO | ) |
| Defendant | ) |

### MOTION TO SUPPRESS DEFENDANT'S STATEMENTS

The defendant Rafael Giraldo, through counsel Ron Earnest and pursuant to Rule 12 of the Rules of Criminal Procedure, moves this Honorable Court for an order suppressing all evidence as to statements made by the defendant after his arrest and prior to the time the defendant was brought before a magistrate judge.

Counsel is awaiting receipt of an audio recording of the interview with the defendant and said audio recording may reflect that the defendant's *Miranda* warning was administered after the defendant had spoken to law enforcement agents.

WHEREFORE, the defendant requests as follows:

That the Court reserve ruling on this motion until the defendant's counsel can supplement this motion with information from the audio recording of the interview between law enforcement agents and Mr. Rafael Giraldo.

          Respectfully submitted,

_____
RON EARNEST (#477305)
Attorney for the Defendant
P.O. Box 608
Riverdale, MD 20738
Phone:  (240) 401-5277

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR DISCOVERY

Rule 12, Federal Rules of Criminal Procedure. Miranda v. Arizona, 384 U.S. 436; Dickerson v. U.S., 530 U.S. 428.

_____
RON EARNEST (#477305)
      Attorney for the Defendant

I certify that on this MOTION TO SUPRESS, was filed via Electronic Case Filings with copies to all interested parties.

_____
RON EARNEST (#16353)
Attorney for the Defendant
P.O. Box 608
Riverdale, MD 20738
Phone:  (240) 401-5277

2

3