UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
                v.                :     Criminal Action No.: 08 cr 14    (RMU)
                                  :
         Giraldo         ,        :     **FILED**
                                  :
              Defendant.          :     JUN 1 6 2008

                      **ORDER**              Clerk, U.S. District and
                                              Bankruptcy Courts

It is this 16 day of June 2008, hereby

**ORDERED** a   status   hearing in the above-captioned case shall take place on
June 30, 2008   at   11:30   .

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge