IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal: 08-014 (RMU) |
| ) | |
| RAFAEL GIRALDO ) | |
| ) | |
| Defendant ) | |

### SUPPLEMENT TO MOTION TO SUPPRESS DEFENDANT'S STATEMENT

The defendant Rafael Giraldo, through counsel Ron Earnest and pursuant to Rule 12 of the Rules of Criminal Procedure, moves this Honorable Court for an order suppressing all evidence as to statements made by the defendant after his arrest and prior to the time the defendant was brought before a magistrate judge.

The defendant insists that despite the audio recording and signed written waiver, he was not advised of his rights per *Miranda* until after he made allegedly incriminating statements. The defendant would like an opportunity to have an expert test the audio recording for any time manipulation.

WHEREFORE, the defendant requests as follows:

That the Court reserve ruling on this motion until the defendant's counsel can further supplement this motion with information regarding the possibility that the audio recording of the defendant's statement was altered in some way.

Respectfully submitted,

_____\s\_____
RON EARNEST (#477305)
Attorney for the Defendant
8121 Georgia Ave., Ste. 406
Silver Spring, MD 20910
Phone:  (240) 401-5277

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR DISCOVERY

Rule 12, Federal Rules of Criminal Procedure. Miranda v. Arizona, 384 U.S. 436; Dickerson v. U.S., 530 U.S. 428.

_____\s\_____
RON EARNEST (#477305)
   Attorney for the Defendant

I certify that on this SUPPLEMENT TO DEFENDANT'S MOTION TO SUPPRESS, was filed via Electronic Case Filings with copies to all interested parties.

_____\s\_____
RON EARNEST (#16353)
Attorney for the Defendant
P.O. Box 608
Riverdale, MD 20738
Phone:  (240) 401-5277

2

3