United States District Court
For the District of Columbia

LET THIS BE FILED
DATE: 6-30-08
[signature]
JUDGE RICARDO M. URBINA

JUN 3 0 2008

Clerk, U.S. District and
Bankruptcy Courts

United States of America.

Vs.

Rafael Gilberto Giraldo.

Criminal No. 2008-14

Judge Ricardo Urbina.

## Motion to Request Replacement of Counsel Due to Innefective Assistance.

I, Rafael Giraldo, in propria persona, hereby request to have my court appointed public defender replaced due to innefective assistance of counsel.

The grounds for this motion are more fully stated in the accompanying memorandum.

Respectfully submitted this 23rd of June, 2008

[signature]
Rafael G. Giraldo

RECEIVED
JUN 3 0 2008

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA.

Vs.

RAFAEL GILBERTO GIRALDO.

CRIMINAL NO. 2008-14

JUDGE RICARDO URBINA.

## MEMORANDUM OF LAW

I, Rafael Giraldo, in propria persona, respectfully submit this motion for the court to please consider replacing my current court appointed public defender. Mr Ron Ernest is rendering innefective assistance. A great number of requests and questions have gone unfullfilled and unanswered. I have not had an opportunitty to relate or transmit to him my account of the facts and my opinion on all the issues related to my case.

On my last court appearance on June 16th, 2008, I was not ready to explain or the reasons to have counsel replaced. I was not aware of the hearing on that ~~Thham~~ day, since the last information I had was that the hearing was to take place on Monday June 30th, 2008. This said, I had not slept that previous evening and ended up showing

2.

up in court very tired and not in all my senses to explain and discuss all the motives I have to consider the replacement of my current counsel.

Several issues have emerged, that keep me from having total confidence on the work that Mr Ernest is performing on my behalf.

First of all, Mr Ernest has in numerous occassions failed to inform me of changes made on previously scheduled hearings. This kept me from filing motions that I was supposed to turn in to this court. I did not have them ready for the changed scheduled court date, Mr Ernest did not seem to mind and did not file them on my behalf.

In addition to this, counsel has given me only partial information on very important issues regarding my case, leaving out key parts and leading me to believe that certain options are not available, misguiding me. When asking about possibilities to request pre-trial release, counsel brought a printout of the Bail Reform Act and only showed me the section that explains detentions. He pointed out that my charge was listed there, justifying detention. Thanks to research I later made it was discovered that reading the whole document of the Bail Reform Act, my charge is also part of charges where conditioned release is possible.

Also, some of my family members attempted to contact Mr. Ernest, so that they could put together a request to this court to obtain pre-trial release. Information needed to file a motion was not able to be given to him, neither did he ask me or call them back to try to provide them with the necessary information, like contacting third party agencies[1] and having work contracts ready, even the possibility to have property or to post a bond to ensure that conditions of release were met. However their efforts to contact him were in vain. Contact was only possible very recently and details will be explained later on this memorandum.

On two different occassions, about six or seven weeks apart, Mr Ernest also mentioned something about some legislation news. The same piece of news was given to me stating that it had just happened the very previous week. This creates or generates doubts on the information I receive from my counsel, and make me lose confidence on the person that is to defend me in this process.

---

1. Third Party Custodians.

With all due respect to Mr Ernest, he has gone to visit me in a very casual way. Maybe too casual, by wearing sandals and not socks on all his visits, and placing his feet on another chair. He has also gone to see me without any paperwork, being unable to show me or to provide me with accurate information when I have asked. This again makes me hesitate on whether he is going to put a fair defense in my case, or not.

My counsel has also been informed by me on some health issues that affect me. I asked Mr Ernest to please request on my behalf, to the administration of CTF, the facility where I am currently incarcerated to consider a diet for problems that I have with my digestion, colon problems, hemorrhoids and other issues consequence of the diet that is regularly offered in this facility. My request was ridiculized when to it he replied: "Well if you want we can request a kosher diet for you" in a very ironic tone of voice.

Another reason yet for my request to this court, has to do with Mr Ernest asking me to provide him with some evidence for my defense, sugesting I do some work on research, contacting and requesting material or information

to be used on my defense. I find this if not impossible, extremely difficult to provide to him given the circumstances I am in, how hard it is for me to even make a phone call. I am being requested to do some work I can't do, at least from jail, and not having him act on those pieces of information worry me very much.

Moreover, counsel was able to be contacted more recently (about two weeks ago) by a family member in need of information and an update on my case. My relative was totally misinformed when Mr Ernest stated to him that things were going extremely well, that everything was looking really good, giving them a false sense of security, making them drop their guard to continue on their efforts to try to obtain a paid attorney and to keep looking for ways to assist me. He also mentioned that I was doing a lot of research about the process and that this was very helpful.

I am very confused on how to interpret this "very helpful", since all I can see is that after I related to him my concerns about the statement given in violation of my constitutional rights, and after having requested from the very beginning, including my past public defender, the statements made

6.

to federal agents, an audiotape has been made available to him only on June 9TH, 2008. This day Mr Ernest paid me a visit but did not bring the audio with him. He only mentioned he had received it that day and had not listened to it yet.

During the hearing on June 16TH, 2008 my appointed counsel stated that he had just received the one piece of evidence that I have requested from the beginning, and had listened to it. He stated that it did take a long time for him to get it, however he did say that nothing unusual was found. I had not listened to the recording yet. He didn't know what to look for!! It wasn't until June 19TH, 2008, when counsel visited me and using a laptop that had very bad sound, I was able to listen to some parts of the recording, only and requested a copy so I could listen to it in the library and be able to evaluate it properly. Mr Ernest replied he would make a copy immediately and make it available to me. I am still waiting on the recorded piece of evidence.

When this court asked the goverment how strong the evidence against me was, the prosecution answered "strong." My counsel did not oppose that statement

7.

SINCE I HAD NOT INFORMED HIM, BECAUSE I HAD NOT LISTENED TO THE RECORDING YET, THAT EVIDENCE AGAINST ME HAD BEEN TAINTED. THAT A MIRANDA WARNING STATEMENT WAS CONVENIENTLY ADDED A FEW MINUTES INTO THE INTERVIEW.

THIS SITUATION IS NOW VERY COMPLICATED. IF MR ERNEST HAD PROPERLY AND TIMELY PROVIDED ME WITH THE AUDIO I COULD HAVE LET HIM KNOW.

THIS IS AGAIN ANOTHER ISSUE THAT RAISES SERIOUS CONCERNS ON THE DEFENSE THAT MY CURRENT COUNSEL IS PROVIDING.

THE REASONS LISTED ABOVE, ARE THE MOST IMPORTANT REASONS FOR ME TO FEEL THAT THE LEGAL REPRESENTATION PROVIDED BY MR ERNEST IS INADEQUATE AND IS RATHER HURTING ME, INSTEAD OF HELPING MY CASE IN THE DEFENSE.

I, THEREFORE, VERY RESPECTFULLY REQUEST THAT HIS COUNSEL IN MY CASE BE TERMINATED AND THAT A NEW APPOINTMENT BE MADE FOR MY DEFENSE:

VERY RESPECTFULLY YOURS:

*Rafael G. Giraldo*
RAFAEL G. GIRALDO.