UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal Action No.: 08-0014 (RMU) |
| RAFAEL G. GIRALDO, | : | |
| Defendant. | : | |

**ORDER**

FILED
JUN 3 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 30th day of June 2008,

**ORDERED** that the motions/pretrial conference in the above-captioned case scheduled for August 5, 2008 at 2:00 pm is hereby **VACATED** and **RESCHEDULED** for a status hearing on August 5, 2008 at 11:30 am; and it is

**FURTHER ORDERED** that the motions schedule is **VACATED**; and it is

**ORDERED** that the defendant's request for new counsel is **GRANTED**; and it is

**DETERMINED** that the ends of justice served by a continuance outweigh the best interest of the public and the defendant in a speedy trial in light of the defendant's request for new counsel; the defendant's acknowledgment and acceptance of new counsel's inability to proceed until early 2009, due to a busy trial calendar; the defendant's waiver of his speedy trial time until early 2009; and the defendant's request for additional time to effectively prepare his defense. Accordingly, the court waives the defendant's speedy trial time until proceedings can begin in earnest in early 2009.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge