UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Crim. No. 08- 014 (RMU) |
| | ) | |
| | ) | |
| RAFAEL GIRALDO | ) | |

NOTICE OF APPEARANCE

Please note the appearance of undersigned counsel for defendant Rafael Giraldo, *nunc pro tunc* to June 30, 2008, pursuant to the Court's appointment under the Criminal Justice Act (CJA), as substitute counsel for Ron Earnest, Esquire, who was granted leave to withdrew as counsel for Mr. Giraldo.

Respectfully submitted,

/s/

Howard B. Katzoff (Bar # 348292)
717 D Street, NW  Suite 310
Washington, D.C.  20004
(202) 783-6414
Counsel for Rafael Giraldo

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing notice is being served electronically upon government counsel this   6th   day of July,  2008.

/s/
Howard B. Katzoff