UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           :
                                   :
          v.                       :    Criminal Action No.: 08-0014 (RMU)
                                   :
RAFAEL G. GIRALDO,                 :
                                   :
          Defendant.               :

**ORDER**

It is this 5 day of August 2008, hereby

**ORDERED** a _status_ hearing in the above-captioned case shall take place on _September 22, 2008_ at _10:15_.

**SO ORDERED.**

FILED
AUG 5 - 2008
Clerk, U.S. District and
Bankruptcy Courts

_____
Ricardo M. Urbina
United States District Judge